IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH BARNEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> GLOUCESTER TOWNSHIP POLICE DEPARTMENT, et al., <br><br> Defendants. | Civil No. 19-19310 (RMB/AMD) |

**PROPOSED ORDER**

This matter comes before the Court *sua sponte* in light of *pro se* Plaintiff Joseph Barney, Jr.'s failure to appear for a court-ordered hearing on March 26, 2020; failure to enter his appearance *pro se* or obtain an attorney and have new counsel enter an appearance on his behalf; failure to respond to the Court's Order to Show Cause, and failure to prosecute his case; and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the

13

Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

IT IS on this __22nd__ day of __October__ 2020 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint shall be, and is hereby, **DISMISSED WITH PREJUDICE**.

_____
RENÉE MARIE BUMB, U.S.D.J.

14